UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NORMAN DE CAMP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:22-cv-01289-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF FILING FEE<br><br>(Doc. Nos. 2, 3) |

　　　　Plaintiff Christopher Norman De Camp ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security.  (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 13, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that (1) Plaintiff's application to proceed without prepayment of fees and costs, (Doc. No. 2), be denied; and (2) Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (Doc. No. 3.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  No objections have been filed, and the time in which to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

1  findings and recommendations are supported by the record and proper analysis.

2      Accordingly,

3      1.    The findings and recommendations issued on October 13, 2022 (Doc. No. 3) are ADOPTED in full;

5      2.    Plaintiff's application to proceed without prepayment of fees and costs (Doc. No. 2) is DENIED;

7      3.    Within thirty (30) days following service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action; and

9      4.    Plaintiff's failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

    Dated:   December 5, 2022

UNITED STATES DISTRICT JUDGE

2