UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NORMAN DE CAMP,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:22-cv-01289-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 5) |

Plaintiff Christopher Norman De Camp ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security.  (ECF No. 1.)

On December 6, 2022, the Court denied Plaintiff's application to proceed without prepayment of fees and costs and directed Plaintiff to pay the $402.00 filing fee in full to proceed with this action within thirty (30) days following service of the order.  (ECF No. 4.)  Plaintiff did not pay the filing fee in compliance with the Court's order.

On January 11, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that this action be dismissed based on Plaintiff's failure to comply with the Court's order, failure to pay the filing fee, and failure to prosecute this action.  (ECF No. 5.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 11, 2023, (ECF No. 5), are ADOPTED in full;

2. This action is DISMISSED based on Plaintiff's failure to comply with the Court's order, failure to pay the filing fee, and failure to prosecute this action; and

3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  March 7, 2023

_____
UNITED STATES DISTRICT JUDGE